1  Angela J. Rafoth, Bar No. 241966
   arafoth@littler.com
2  Puja Sharma, Bar No. 295100
   psharma@littler.com
3  LITTLER MENDELSON, P.C.
   101 Second Street
4  Suite 1000
   San Francisco, California 94105
5  Telephone:   415.433.1940
   Facsimile:   415.399.8490
6

7  Attorneys for Defendant
   ePlus inc.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | Jeremy Witt,                                      | Case No. 3:25-cv-7244
13 |             Plaintiff,                            | **JOINT STIPULATION TO CONTINUE DECEMBER 11, 2025 CONFERENCE**
14 |      v.                                           | Complaint Filed:    May 2, 2025
15 | ePlus inc. and Does 1 through 10, inclusive,      | Removed to
   |                                                   | U.S. District Court:  August 27, 2025
16 |             Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Local Rules 6-1 and 6-2, Plaintiff JEREMY WITT ("Plaintiff") and Defendant ePlus, inc. ("Defendant") (collectively "the Parties"), through their respective counsel, hereby stipulate and agree as follows:

   1. Plaintiff's initial Complaint ("Complaint") in this matter was filed on May 2, 2025, in the Superior Court of California, County of Santa Clara.

   2. Defendants timely filed an answer in State Court on August 26, 2025 and thereafter removed the matter to the United States District Court for the Northern District of California on August 27, 2025.

   3. On August 27, 2025, the Court scheduled the Initial Case Management Conference for this matter to take place on December 11, 2025 at 10:00 a.m. (Dkt. 6).

   4. Unfortunately, counsel for Defendant is not available at the scheduled time due to unavoidable conflicts. *See,* Declaration of Puja Sharma ("Sharma Decl.") ¶ 5.

   5. As a result, the Parties respectfully request a continuation of the December 11, 2025 conference date. The Parties are generally available the week of January 12, 2026.

   6. The Parties also respectfully request an enlargement of time by which to submit Initial Disclosures to one week prior to the new Initial Case Management Conference date.

   7. The Parties have not made any prior request for an extension of time related to the Initial Case Management Conference or initial disclosures. Continuing the deadlines would not affect any other date currently set by the Court.

   8. The Parties therefore hereby stipulate and agree that the Initial Case Management Conference be continued to a date during the week of January 12, 2026 at the Court's convenience, and that the time to exchange Initial Disclosures will be one week prior to the new Initial Case Management Conference Date.

IT IS SO STIPULATED.

Dated: December 2, 2025                    DA VEGA FISHER MECHTENBERG LLP

*Ted Mechtenberg*

_____
TED MECHTENBERG
Attorneys for Plaintiff
JEREMY WITT

Dated: December 2, 2025                    LITTLER MENDELSON, P.C.

/s/ *Puja Sharma*
_____
ANGELA J. RAFOTH
PUJA SHARMA
Attorneys for Defendant
ePlus inc.

I**nitial Case Management Conference Continued to January 15, 2026 at 11:00 AM. Joint Case Management Statement due by January 8, 2026.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 3, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge