Angela J. Rafoth, Bar No. 241966
arafoth@littler.com
Puja Sharma, Bar No. 295100
psharma@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Facsimile:    415.399.8490


Attorneys for Defendant
ePlus inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Witt,<br><br>        Plaintiff,<br><br>    v.<br><br>ePlus inc. and Does 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:25-cv-7244-TSH<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIAITON**<br><br>Complaint Filed:    May 2, 2025<br>Removed to<br>U.S. District Court:    August 27, 2025 |

CASE NO. 3:25-cv-7244

JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

Pursuant to Local Rules 6-1 and 6-2, Plaintiff JEREMY WITT ("Plaintiff") and Defendant ePlus, inc. ("Defendant") (collectively "the Parties"), through their respective counsel, hereby stipulate and agree as follows:

1. The Court issued a Case Management Order on January 6, 2026 related to the instant action. Dkt. 17. As part of the Order, the Court referred the Parties to mediation, which must take place within 90 days of the Order. The deadline to complete the mediation is April 6, 2026.

2. The matter was promptly referred to mediator Art Eidelhoch who advised that he is not available to assist with mediation by April 6, 2026.

3. The Parties discussed dates and have agreed with Mr. Eidelhoch that the mediation is to go forward on May 5, 2026.

4. As a result, the Parties respectfully request a continuation of the April 6, 2026 deadline to complete mediation. The Parties respectfully request that the deadline to complete mediation be continued to May 6, 2026.

5. The Parties have not made any prior request for an extension of time related to mediation. Continuing the deadlines would not affect any other date currently set by the Court.

6. The Parties therefore hereby stipulate and agree that the mediation deadline be continued to May 6, 2026.

IT IS SO STIPULATED.

Dated: February 13, 2026                    DA VEGA FISHER MECHTENBERG LLP


                                            /s/ Ted Mechtenberg
                                            TED MECHTENBERG
                                            Attorneys for Plaintiff
                                            JEREMY WITT

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

CASE NO. 3:25-cv-7244

JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

Dated:  February 13, 2026                    LITTLER MENDELSON, P.C.


*/s/ Puja Sharma*
ANGELA J. RAFOTH
PUJA SHARMA
Attorneys for Defendant
ePlus inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.



DATED: ___February 13, 2026___              _____
                                            United States Magistrate Judge

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

2                                   CASE NO. 3:25-cv-7244

JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

4928-5956-5709.1 / 096169.1022
2/11/2026 11:18 AM

Angela J. Rafoth, Bar No. 241966
arafoth@littler.com
Puja Sharma, Bar No. 295100
psharma@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:     415.433.1940
Facsimile:     415.399.8490


Attorneys for Defendant
ePlus inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Jeremy Witt, | Case No. 3:25-cv-7244-TSH |
|---|---|
| Plaintiff, | **DECLARATION OF PUJA SHARMA IN SUPPORT OF JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION** |
| v. | |
| ePlus inc. and Does 1 through 10, inclusive, | Complaint Filed:     May 2, 2025 |
| Defendants. | Removed to U.S. District Court:     August 27, 2025 |

CASE NO. 3:25-cv-7244

DECLARATION OF PUJA SHARMA IN SUPPORT OF JOINT STIPULATION
TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION

I, PUJA SHARMA, hereby declare and state as follows:

1.    I am an attorney licensed to practice before the United States District Court, Northern District of California and counsel of record for Defendant ePlus, inc. ("Defendant"). I have personal knowledge of the statements set forth in this Declaration except for those that are set forth on information and belief, and as to those, I am informed and believe them to be true and correct.

2.    The Court issued a Case Management Order on January 6, 2026 related to the instant action. Dkt. 17.  As part of the Order, the Court referred the Parties to mediation, which must take place within 90 days of the Order.  The deadline to complete the mediation is April 6, 2026.

3.    The matter was promptly referred to mediator Art Eidelhoch who advised that he is not available to assist with mediation by April 6, 2026.

4.    The Parties discussed dates and have agreed with Mr. Eidelhoch that the mediation is to go forward on May 5, 2026.

5.    As a result, the Parties respectfully request a continuation of the April 6, 2026 deadline to complete mediation.  The Parties respectfully request that the deadline to complete mediation be continued to May 6, 2026.

6.    The Parties have not made any prior request for an extension of time related to mediation. Continuing the deadlines would not affect any other date currently set by the Court.

7.    The Parties have conferred and have agreed to stipulate to continue the mediation deadline to May 6, 2026.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 13th day of February, 2025 in San Francisco, California.

/s/ Puja Sharma
Puja Sharma

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

CASE NO. 3:25-cv-7244

DECLARATION OF PUJA SHARMA IN SUPPORT OF JOINT STIPULATION
TO CONTINUE DEADLINE TO COMPLETE COURT-SPONSORED MEDIATION