Angela J. Rafoth, Bar No. 241966
arafoth@littler.com
Puja Sharma, Bar No. 295100
psharma@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
ePlus inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Witt,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ePlus inc. and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:25-cv-7244<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41]; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:　　May 2, 2025<br>Removed to<br>U.S. District Court:　August 27, 2025 |

CASE NO. 3:25-cv-7244

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JEREMY WITT ("Plaintiff") and Defendant ePlus, inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree to DISMISS this entire action WITH PREJUDICE as to all claims, causes of action, and parties.  Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  June 29, 2026                                          DA VEGA FISHER MECHTENBERG LLP

/s/ *Ted Mechtenberg*
TED MECHTENBERG
Attorneys for Plaintiff
JEREMY WITT

Dated:  June 29, 2026                                          LITTLER MENDELSON, P.C.

/s/ *Puja Sharma*
ANGELA J. RAFOTH
PUJA SHARMA
Attorneys for Defendant
ePlus inc.

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

CASE NO. 3:25-cv-7244

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41

## ATTESTATION REGARDING SIGNATURES

I, Puja Sharma, attest pursuant to L.R. 5-1(i)(3) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 29, 2026

/s/ *Puja Sharma*
Puja Sharma

Attorneys for Defendant
ePlus inc.

CASE NO. 3:25-cv-7244

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby ORDERS THAT THIS ENTIRE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  June 29, 2026_____

_____

THOMAS S. HIXSON
United States Magistrate Judge

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

CASE NO. 3:25-cv-7244